JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE M. DAVIS,<br><br>　　　　Plaintiff,<br>　　v.<br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. CV 14-6095-GW (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 8, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE